Entered on Docket
August 14, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 11, 2017



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 16-30965 DM |
| 624 STANYAN STREET, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| _____ | ) |

### MEMORANDUM DECISION REGARDING APPLICATIONS TO EMPLOY REAL ESTATE PROFESSIONALS

624 Stanyan Street, LLC ("Debtor") has filed an application to employ Lubin Olson Newiadomski ("Lubin") as its real estate counsel [Dkt. 74] and an application to employ Vanguard Properties ("Vanguard") as its real estate broker [Dkt. 75], as amended on August 9, 2017 [Dkt. 80], to assist it in an appropriate disposition of its principal asset, its real estate at 624 Stanyan Street (the "Property").

The only objections {Dkts. 76 and 77] to the application have been filed by creditor Grand Pacific Financing Corporation ("Grand Pacific"), the senior secured creditor on the Property. Grand Pacific is unquestionably oversecured and its standing to object is highly questionable if not wholly lacking. There may be no source of payment of special counsel's fees, and the broker will

be paid if and only if there is a sale which will result in payment of the senior secured claim in full. In short, the risk here is entirely on those professionals and not on Grand Pacific at all.

No purpose will be served by delaying matters for a hearing. Indeed, the professionals are entitled to know their status sooner rather than later so they can get to their assigned tasks. Therefore, Grand Pacific's objections to the applications are overruled and the debtor's motion for an order shortening time for a hearing on the employment applications is denied as moot. Separate orders will be entered approving the employment of Lubin and Vanguard.

**END OF MEMORANDUM DECISION**